AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Conroy, John M. | 2. Court or Organization<br><br>U.S. District Court-District of Vermont | 3. Date of Report<br><br>04/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. Real estate-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. Brokerage account # 1: | | | | | | | | | |
| 5. Abbott Laboratories common stock | A | Dividend | K | T | | | | | |
| 6. Abbvie Common Stock | A | Dividend | K | T | | | | | |
| 7. Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 8. Allergan Inc. common stock | A | Dividend | | | Sold | 08/21/17 | K | A | |
| 9. Alerian MLP ETF | A | Dividend | K | T | | | | | |
| 10. Alibaba Group Holdings common stock | A | Dividend | K | T | | | | | |
| 11. Alphabet Inc. common stock | A | Dividend | L | T | | | | | |
| 12. Amazon common stock | A | Dividend | J | T | | | | | |
| 13. Amgen common stock | A | Dividend | K | T | | | | | |
| 14. American Express Inc. common stock | A | Dividend | K | T | Buy (add'l) | 5/16/17 | J | | |
| 15. American Int'l Group common stock | A | Dividend | J | T | | | | | |
| 16. Analog Devices Inc. common stock | A | Dividend | K | T | | | | | |
| 17. Apple Inc. common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. AtenaHealth care inc. common stock | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 19. AT&T common stock | A | Dividend | K | T | Buy (add'l) | 12/28/17 | J | | |
| 20. Bank of America common stock | A | Dividend | J | T | | | | | |
| 21. Mastercard Inc. common stock | A | Dividend | K | T | | | | | |
| 22. Berkshire Hathaway | A | Dividend | K | T | | | | | |
| 23. Boeing common stock | A | Dividend | J | T | | | | | |
| 24. Brighthouse Financial | A | Dividend | J | T | Spinoff (from line 70) | 3/06/17 | J | | |
| 25. Bristol Myers Squibb common stock | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 26. Celgene Corp common stock | A | Dividend | L | T | | | | | |
| 27. Chevron Oil. commom stock | B | Dividend | L | T | | | | | |
| 28. Chubb Inc. common stock | A | Dividend | K | T | | | | | |
| 29. Cisco Systems common stock | A | Dividend | J | T | Buy | 08/02/17 | K | | |
| 30. Clorox Inc. common stock | A | Dividend | K | T | | | | | |
| 31. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 32. Cohen & Steers Qual. Inc. RLTV | A | Dividend | J | T | | | | | |
| 33. Conoco-Phillips common stock | A | Dividend | K | T | | | | | |
| 34. Costco Inc. common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Constellation Brands Inc. common stock | A | Dividend | K | T | Buy | 05/16/17 | K | | |
| 36. Crown Castle Int'l common stock | A | Dividend | K | T | | | | | |
| 37. CTRIP.com Intl LTD comon stock | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 38. Danaher Corp. common stock | A | Int./Div. | J | T | | | | | |
| 39. Dreyfuus Large Cap. Growth mutual fund | A | Distribution | J | T | | | | | |
| 40. Dreyfus Strategic Value mutual fund | A | Distribution | J | T | | | | | |
| 41. Dow Dupont common stock | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 42. Eaton Corp. common stock | A | Dividend | K | T | | | | | |
| 43. Edwards Life Sciences common stock | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 44. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 45. Facebook Inc. common stock | A | Dividend | K | T | | | | | |
| 46. Fidelity MSCI Materials Index | A | Dividend | K | T | | | | | |
| 47. Fortive Corp. common stock | A | Dividend | J | T | | | | | |
| 48. General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 49. General Electric common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 50. General Mills common stock | C | Dividend | | | Sold | 08/21/17 | K | B | |
| 51. Gilead Science Inc. common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Grp Inc. | A | Dividend | L | T | Buy (add'l) | 12/28/17 | K | | |
| 53. HCP Inc. common stock | A | Dividend | | | Sold | 05/16/17 | J | B | |
| 54. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 55. IDEXX Labs Inc. common stock | A | Dividend | K | T | | | | | |
| 56. IBM common stock | A | Dividend | K | T | | | | | |
| 57. Intel Corp common stock | B | Dividend | L | T | | | | | |
| 58. Ishares MSCI EAFE ETF | A | Distribution | J | T | | | | | |
| 59. Johnson and Johnson common stock | A | Dividend | K | T | | | | | |
| 60. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 61. Kimberly Clark corp common stock | A | Dividend | K | T | | | | | |
| 62. Kraft Heinz common stock | A | Dividend | | | Sold | 12/28/17 | K | B | |
| 63. Lockheed Martin common stock | A | Dividend | K | T | | | | | |
| 64. Lowe's Corp. common stock | A | Dividend | L | T | | | | | |
| 65. Marathon Petroleum common stock | A | Dividend | K | T | | | | | |
| 66. Mastercard Inc. common stock | A | Dividend | L | T | | | | | |
| 67. McDonald Corp. common stock | A | Dividend | L | T | | | | | |
| 68. Medtronic common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merck Inc. common stock | B | Dividend | K | T | Buy (add'l) | 12/28/17 | K | | |
| 70. Met Life Inc. common stock | B | Dividend | | | Sold | 08/21/17 | K | A | |
| 71. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |
| 72. Nextera Energy Inc. common stock | A | Dividend | | | Sold | 08/21/17 | K | C | |
| 73. Nvidia common stock | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 74. Omega Health Inc. common stock | B | Dividend | | | Sold | 05/16/17 | K | A | |
| 75. Palo Alto Networks Inc. common stock | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 76. Phillips 66 common stock | A | Dividend | K | T | | | | | |
| 77. Proctor & Gamble common stock | A | Dividend | K | T | | | | | |
| 78. Quality Care Properties Inc. common stock | A | Dividend | J | T | | | | | |
| 79. Raytheon Inc. common stock | A | Dividend | K | T | | | | | |
| 80. Red Hat common stock | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 81. SalesForce Inc. common Stock | A | Dividend | K | T | | | | | |
| 82. Schlumberger Inc. common stock | A | Dividend | K | T | | | | | |
| 83. Southern Co. common stock | A | Dividend | J | T | | | | | |
| 84. Starbucks Corporation common stock | A | Dividend | J | T | Buy (add'l) | 05/16/17 | J | | |
| 85. SPDR Trust S& P 500 | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Under Armour Inc. common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 87. United Tech. Corp. common stock | A | Dividend | K | T | | | | | |
| 88. United Health Grp. common stock | A | Dividend | K | T | | | | | |
| 89. Visa Inc. class A common stock | A | Dividend | K | T | | | | | |
| 90. Vanguard REIT ETF | A | Distribution | J | T | | | | | |
| 91. Vanguard FTSE Europe Fund | A | Distribution | J | T | | | | | |
| 92. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | Buy (add'l) | 05/16/17 | K | | |
| 93. Weingarten Realty Inv.common stock | B | Dividend | K | T | | | | | |
| 94. Berthoud Cty CO muni bond | A | Interest | | | Redeemed | 10/16/17 | K | A | |
| 95. CO Higher Ed Auth muni bond | A | Interest | | | Redeemed | 11/01/17 | K | A | |
| 96. CO State COPS Rev-A Ralp Carr Justice Center muni Bond (X) | A | Interest | K | T | | | | | |
| 97. Pueblo Cty CO muni bond | A | Interest | K | T | | | | | |
| 98. Colo Springs Utility muni bond | A | Interest | K | T | | | | | |
| 99. Boulder Valley CO School District muni bond | A | Interest | K | T | | | | | |
| 100. Denver Colo Health and Hospital Auth muni bond | A | Interest | | | Redeemed | 09/29/17 | K | A | |
| 101. University of Vermont bonds | A | Interest | L | T | | | | | |
| 102. AT&T corp. bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Goldman Sachs bond | A | Interest | K | T | | | | | |
| 104. Ebay Inc. corp. bond | A | Interest | K | T | | | | | |
| 105. Duke Energy corp. bond | A | Interest | K | T | | | | | |
| 106. Thermo Fischer Scientific corp. bond | A | Interest | K | T | | | | | |
| 107. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 108. Trust #1 (income beneficiary): | | | | | | | | | |
| 109. Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 110. American Express Inc. common stock | A | Dividend | J | T | | | | | |
| 111. Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 112. American Int'l Group common stock | A | Dividend | | | Sold | 12/28/17 | K | D | |
| 113. American Tower REIT | A | Distribution | J | T | | | | | |
| 114. Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 115. Berkshire Hathaway common stock | A | Dividend | J | T | | | | | |
| 116. Boeing common stock | A | Dividend | J | T | | | | | |
| 117. Bristol Myers Squibb common stock | A | Dividend | | | Sold | 02/24/17 | J | A | |
| 118. Danaher Inc. common stock | A | Dividend | J | T | | | | | |
| 119. Dow Dupont common stock | A | Dividend | K | T | Buy | 12/28/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fortive Inc. common stock | A | Dividend | J | T | | | | | |
| 121. General Electric common stock | A | Dividend | J | T | | | | | |
| 122. Conoco-Phillips common stock | A | Dividend | | | Sold | 02/24/17 | J | A | |
| 123. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 124. General Dynamics Inc. common stock | A | Dividend | J | T | | | | | |
| 125. General Electric common stock | A | Dividend | | | Sold | 12/28/17 | J | A | |
| 126. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 127. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 128. IBM common stock | A | Dividend | J | T | | | | | |
| 129. Lockheed Martin commom stock | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 130. Marathon Petroleum common stock | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 131. Medtronic PLC | A | Dividend | J | T | | | | | |
| 132. Microsoft Inc. common stock | A | Dividend | J | T | | | | | |
| 133. Netflix common stock | A | Dividend | J | T | | | | | |
| 134. Nvidia common stock | A | Dividend | J | T | Buy | 12/28/17 | K | | |
| 135. Pepisco common stock | A | Dividend | J | T | | | | | |
| 136. Palo Alto Networks common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Proctor and Gamble common stock: | A | Dividend | J | T | | | | | |
| 138. Qualcomm Inc. common stock | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 139. Redhat Inc. common stock | A | Dividend | J | T | Buy | 12/28/17 | J | | |
| 140. Royal Gold common stock | A | Dividend | J | T | | | | | |
| 141. Salesforce.com Inc. common stock | A | Dividend | J | T | | | | | |
| 142. Schlumberger LTD common stock | A | Dividend | J | T | | | | | |
| 143. Starbucks Corp. common stock | A | Dividend | | | Sold | 12/28/17 | J | | |
| 144. Under Armour Inc. common stock | A | Dividend | J | T | | | | | |
| 145. Vanguard REIT ETF | A | Distribution | K | T | | | | | |
| 146. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 147. Wells Fargo common stock | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 148. Celgenne Corp common stock | A | Dividend | K | T | | | | | |
| 149. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 150. Alerian MLP ETF | A | Dividend | J | T | | | | | |
| 151. ishares Japan MSCI ETF | A | Dividend | J | T | | | | | |
| 152. SPDR S&P 500 ETF | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 153. Morgan Stanley Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IRA acct : | | | | | | | | | |
| 155. Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 156. Alibaba Group Holdings Ltd common stock | A | Dividend | J | T | | | | | |
| 157. Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 158. AIG Inc. common stock | A | Dividend | | | Sold | 12/28/17 | J | A | |
| 159. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 160. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 161. Boeing common stock | A | Dividend | J | T | | | | | |
| 162. Conoco-Phillips Inc. common stock | A | Dividend | J | T | | | | | |
| 163. Edwards Life Sciences Inc. common stock | A | Dividend | J | T | Buy | 08/21/17 | J | | |
| 164. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 165. Johnson & Johnson Inc. common stock | A | Dividend | J | T | | | | | |
| 166. Merck common stock | A | Dividend | J | T | Buy | 12/28/17 | J | | |
| 167. Mobileye Inc. common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 168. Under Armour common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 169. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 170. IRA acct. : | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 172. AIG common stock | A | Dividend | J | T | | | | | |
| 173. Athenahealth Inc. common stock | A | Dividend | | | Sold | 12/28/17 | J | A | |
| 174. Bank of America common stock | A | Dividend | J | T | | | | | |
| 175. Berkshire Hathaway class B common stock | A | Interest | J | T | | | | | |
| 176. Blackstone Group LP | A | Distribution | J | T | Buy | 08/21/17 | J | | |
| 177. Boeing common stock | A | Dividend | J | T | | | | | |
| 178. Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 179. Cisco Systems common stock | A | Dividend | J | T | Buy | 08/21/17 | J | | |
| 180. Conoco-Phillips common stock | A | Dividend | J | T | | | | | |
| 181. General Electric common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 182. IBM common stock | A | Dividend | J | T | | | | | |
| 183. Nvidia Corp. common stock | A | Dividend | J | T | Buy | 08/21/17 | J | | |
| 184. Mobileye Inc. common stock | A | Distribution | | | Sold | 08/21/17 | J | A | |
| 185. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 186. Palo Alto Networks Inc. common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 187. Proctor and Gamble common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. SPDR DJ Wlishire Int'l Real Est. ETF | A | Distribution | J | T | | | | | |
| 189. Sales Force Inc. common stock | A | Dividend | J | T | | | | | |
| 190. Schlumberger Ltd. common stock | A | Dividend | J | T | | | | | |
| 191. Starbucks Corp. common stock | A | Dividend | J | T | | | | | |
| 192. Under Armour Inc. common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 193. 3M Co. common stock | A | Dividend | J | T | | | | | |
| 194. 403(b) plan : | | | | | | | | | |
| 195. TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | | | | | |
| 196. TIAA-CREF Equity Stock Fund | A | Int./Div. | K | T | | | | | |
| 197. TIAA-CREF Stock Fund | A | Int./Div. | K | T | | | | | |
| 198. John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | | | | | |
| 199. Trust acct # 3 | | | | | | | | | |
| 200. Abbvie Inc common stock | A | Dividend | K | T | | | | | |
| 201. Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 202. Alibaba common stock | A | Distribution | K | T | Buy | 05/17/17 | K | | |
| 203. Alphabet Inc. common stock | A | Dividend | K | T | | | | | |
| 204. AIG New common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Amer. Express common stock | A | Dividend | K | T | | | | | |
| 206. American Tower REIT | A | Dividend | K | T | | | | | |
| 207. Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 208. AT&T common stock | A | Dividend | K | T | | | | | |
| 209. Bank of America common stock | A | Distribution | K | T | | | | | |
| 210. Boeing Inc. common stock | A | Dividend | K | T | | | | | |
| 211. Bristol Myers Squib common stock | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 212. Celgene Corp. common stock | A | Dividend | K | T | | | | | |
| 213. Chevron Corp. common stock | A | Dividend | K | T | | | | | |
| 214. Cisco Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 215. Comcast Inc. common stock | A | Dividend | K | T | | | | | |
| 216. Conoco Phillips Inc. common stock | A | Dividend | K | T | | | | | |
| 217. Constellation Brands Inc. common stock | A | Dividend | K | T | Buy | 05/16/17 | J | | |
| 218. Costco Inc. common stock | A | Dividend | K | T | | | | | |
| 219. Cummins Inc. common stock | A | Dividend | K | T | | | | | |
| 220. CVS Health Care Inc. common stock | A | Dividend | | | Buy | 05/16/17 | J | | |
| 221. | | | | | Sold | 12/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Danaher Inc. common stock | A | Dividend | J | T | | | | | |
| 223. Dow Dupont common stock | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 224. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 225. Fortive Inc. common stock | A | Dividend | J | T | | | | | |
| 226. Gilead Science Inc. common stock | A | Dividend | K | T | | | | | |
| 227. Halliburton Inc. common stock | A | Dividend | K | T | | | | | |
| 228. Hilton World Wide Holdings Inc. common stock | A | Dividend | | | Sold | 05/16/17 | J | C | |
| 229. Hilton Grand Vacation (HGV) | A | Dividend | J | T | Spinoff (from line 228) | 01/04/17 | J | | |
| 230. Honeywell Int'l Inc. common stock | A | Dividend | K | T | | | | | |
| 231. IBM common stock | A | Distribution | K | T | | | | | |
| 232. Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 233. Kraft Heinz common stock | A | Dividend | | | Sold | 12/28/17 | K | A | |
| 234. Lockheed Martin common stock | A | Dividend | K | T | | | | | |
| 235. Marathon Oil common stock | A | Dividend | K | T | Buy | 08/21/17 | K | | |
| 236. Microsoft Inc. common stock | A | Dividend | K | T | | | | | |
| 237. Netflix Inc. common stock | A | Dividend | K | T | | | | | |
| 238. NXP Semi Conductors Inc. common stock | A | Dividend | | | Sold | 05/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Occidental Petroleum common stock | A | Dividend | J | T | | | | | |
| 240. Park Hotel Resorts common stock | A | Dividend | J | T | Spinoff (from line 228) | 01/04/17 | J | | |
| 241. Palo Alto Networks Inc. common stock | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 242. Pepsico Inc. common stock | A | Dividend | K | T | | | | | |
| 243. Pfizer Inc. common stock | A | Dividend | K | T | | | | | |
| 244. Phillips 66 Inc. common stock | A | Dividend | K | T | | | | | |
| 245. Praxair Inc. common stock | A | Dividend | K | T | | | | | |
| 246. Proctor & Gamble Inc. common stock | A | Dividend | K | T | | | | | |
| 247. Raytheon Inc. common stock | A | Dividend | K | T | Buy | 08/17/17 | J | | |
| 248. Rockwell Collins common stock | A | Dividend | | | Buy | 05/16/17 | K | | |
| 249. | | | | | Sold | 12/28/17 | K | C | |
| 250. Royal Gold Inc. common stock | A | Dividend | K | T | | | | | |
| 251. Sales Force Inc. common stock | A | Dividend | K | T | | | | | |
| 252. Schlumberger Inc. common stock | A | Dividend | K | T | | | | | |
| 253. Starbucks Inc. common stock | A | Dividend | K | T | | | | | |
| 254. Toronto Dominion Bank Inc. common stock | A | Dividend | K | T | | | | | |
| 255. Under Armour Inc. common stock | A | Dividend | | | Sold | 08/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Union Pacific Inc. common stock | A | Dividend | | | Sold | 08/21/17 | J | C | |
| 257. United Tech. Inc. common stock | A | Dividend | K | T | | | | | |
| 258. Walt Disney Corp. common stock | A | Dividend | K | T | | | | | |
| 259. CitiGroup Inc. pref. stock | A | Dividend | K | T | | | | | |
| 260. Goldman Sachs Inc. pref. stock | A | Dividend | K | T | | | | | |
| 261. Cohen & Steers Realty ETF | A | Dividend | K | T | | | | | |
| 262. SPDR S&P 500 ETF | A | Dividend | K | T | Buy | 12/28/17 | J | | |
| 263. Morgan Stanley cash account | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000 (See Columns B1 and D4); F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000 (See Columns C1 and D3); N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market (See Column C2); U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544